**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-37203-ERW |
| | § | |
| ARACELI SERRANO | § | |
| ARTURO SERRANO | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 06/26/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/31/2012       By:  /s/ David P. Leibowitz
                                                                                                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-37203-ERW |
|---|---|---|
| | § | |
| ARACELI SERRANO | § | |
| ARTURO SERRANO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $11,445.00
*and approved disbursements of*  $2,413.26
*leaving a balance on hand of[1]:*  $9,031.74

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:  $0.00
Remaining balance:  $9,031.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,655.06 | $0.00 | $1,655.06 |
| David P. Leibowitz, Trustee Expenses | $4.40 | $0.00 | $4.40 |

Total to be paid for chapter 7 administrative expenses:  $1,659.46
Remaining balance:  $7,372.28

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $7,372.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,386.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of Treasury  Internal Revenue Service | $4,386.18 | $0.00 | $4,386.18 |

Total to be paid to priority claims: $4,386.18
Remaining balance: $2,986.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,714.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Sprint Nextel  Correspondence | $446.33 | $0.00 | $46.42 |
| 2 | FIA CARD SERVICES, N.A./ MBNA America Bank NA | $14,831.19 | $0.00 | $1,542.33 |
| 4 | Quantum3 Group LLC as agent for World Financial Network National Bank | $2,881.44 | $0.00 | $299.65 |
| 5a | Department of Treasury  Internal Revenue Service | $1,598.58 | $0.00 | $166.24 |
| 6 | Chase Bank USA, N.A. | $2,111.54 | $0.00 | $219.58 |
| 7 | Chase Bank USA, N.A. | $4,161.22 | $0.00 | $432.74 |
| 8 | Prairie Anesthesia LLC | $454.77 | $0.00 | $47.29 |
| 9 | Quantum3 Group LLC as agent for World Financial Network National | $2,229.46 | $0.00 | $231.85 |

**UST-Form 101-7-NFR (5/1/2011)**

| | Bank | | | |
|---|---|---|---|---|

      Total to be paid to timely general unsecured claims:   $2,986.10
                Remaining balance:   $0.00

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE


      Total to be paid to tardily filed general unsecured claims:   $0.00
                Remaining balance:   $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE


      Total to be paid for subordinated claims:   $0.00
           Remaining balance:   $0.00



      Prepared By:  /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-37203-ERW
Araceli Serrano                                                     Chapter 7
Arturo Serrano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward              Page 1 of 3               Date Rcvd: Jun 01, 2012
                              Form ID: pdf006            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2012.
db/jdb          Araceli Serrano,    Arturo Serrano,    4129 West 82nd Street,    Chicago, IL  60652-2911
17788656        A T & T,    Box 8100,    Aurora, IL  60507-8100
17788657       +Artisan & Truckers Casualty Company,    C/O Deutschman & Associates, P. C.,
                 77 West Washington Street,    Chicago, IL 60602-2801
17788660        Beneficial National Bank,    Box 15518,    Wilmington, DE  19850-5518
18032155        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17788663       +Chase Card Services,    Box 15298,    Wilmington, DE 19850-5298
17788664       +Chicago Women's Healthcare,    Suite 305,    2600 South Michigan Avenue,    Chicago, IL 60616-2857
17788665       +City Of Chicago,    Water Department,    333 S. State Street, Suite LL10,    Chicago, IL 60604-3957
17788666       +Deutschman & Associates, P.C.,    Suite 1525,    77 West Washington Street,
                 Chicago, IL 60602-2994
17788667       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
17788668        ETI Financial Corporation,    Box 829522,    Pembroke Pines, FL  33082-9522
17942575        FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17788669        FMC-Omaha,    Box 542000,    Omaha, NE  68154-8000
17986888       +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17788670       +Founders Insurance Company,    1645 East Birchwood,    Des Plaines, IL 60018-3012
17788661      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Best Buy,    Box 15524,    Wilmington, DE  19850)
17788674        HSBC Bank,    Bankruptcy Dept.,    Box 5213,    Carol Stream, IL  60197-5213
17788671        Harlem Furniture,    Box 182789,    Columbus, OH  43218-2789
17788672        Harris Bank,    Svcg Department,    Box 5043,    Rolling Meadows, IL  60008-5043
17788673       +Harris Bank- Chicago,    200 West Monroe Street, Fl 19,    Chicago, IL 60606-5072
17788676        Macy's / DSNB,    Box 8218,    Mason, OH  45040-8218
17788677       +Magnum Insurance Agency,    4259 North Western Avenue,    Chicago, IL 60618-2886
17788679       +Peoples Gas,    130 East Randolph Street,    Chicago, IL 60601-6302
17788680       +Receivables Performance,    20816 44th Avenue,    Lynnwood, WA 98036-7744
17788653        Serrano Araceli,    4129 West 82nd Street,    Chicago, IL  60652-2911
17788654        Serrano Arturo,    4129 W 82nd Street,    Chicago, IL  60652-2911
17788682        Sprint,    Bix 4191,    Carol Stream, IL  60197-4191
17788683       +WFNNB/ Room Place,    Box 182789,    Columbus, OH 43218-2789
17788655       #+Wheeler & Patel LLP,    221 N LaSalle Street Ste 2200,    Chicago, IL 60601-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17788662        E-mail/Text: contact@csicollects.com Jun 02 2012 05:21:58     Certified Services,    Box 24,
                 Waukegan, IL  60079-0024
18022244        E-mail/Text: cio.bncmail@irs.gov Jun 02 2012 02:30:15
                 Department of Treasury  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA  19101-7346
17788675       +E-mail/Text: resurgentbknotifications@resurgent.com Jun 02 2012 03:27:41      LVNV,    Box 10497,
                 Greenville, SC 29603-0497
17788678       +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jun 02 2012 05:56:27
                 Northwest Collectors, Inc.,    3601 Algonquin Road, Ste 500,    Rolling Meadows, IL 60008-3143
18057189        E-mail/Text: contact@csicollects.com Jun 02 2012 05:21:58     Prairie Anesthesia LLC,
                 c/o Certified Services Inc,    P O Box 177,    Waukegan, IL 60079-0177
18027001        E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2012 06:34:03
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
17935424        E-mail/Text: appebnmailbox@sprint.com Jun 02 2012 04:34:07     Sprint Nextel  Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
17788681       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2012 03:11:46     Sam's Club Discover Card,
                 GE Money Bank,    PO Box 103104 Attn: Bankruptcy Dept.,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17788658*      +Arturo Serrano,    4129 W. 82nd Street,    Chicago, IL 60652-2911
17788659      ##Bank Of America,    P.O. Box 15026,    Wilmington, DE  19850-5026
                                                                                         TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: choward             Page 2 of 3              Date Rcvd: Jun 01, 2012
                              Form ID: pdf006           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**                        **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: choward              Page 3 of 3                  Date Rcvd: Jun 01, 2012
                              Form ID: pdf006            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2012 at the address(es) listed below:
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Dipali R Patel    on behalf of Debtor Araceli Serrano dipali@wheelerandpatel.com,
               dipali.wp@gmail.com
              Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor  BMO Harris Bank, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 5