**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-37203-ERW |
| | § | |
| ARACELI SERRANO | § | |
| ARTURO SERRANO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $200,600.00 | Assets Exempt: | $9,927.22 |
| Total Distributions to Claimants: | $7,372.28 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,678.34 | | |

3) Total gross receipts of $11,445.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,394.38 (see **Exhibit 2),** yielded net receipts of $9,050.62 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $244,433.00 | $24,687.11 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,678.34 | $1,678.34 | $1,678.34 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $4,386.18 | $4,386.18 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $41,104.27 | $28,714.53 | $28,714.53 | $7,372.28 |
| **Total Disbursements** | $285,537.27 | $59,466.16 | $34,779.05 | $9,050.62 |

4). This case was originally filed under chapter 7 on 09/13/2011. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2012      By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Preference payment | 1141-000 | $3,500.00 |
| Tax Refund | 1224-000 | $7,945.00 |
| **TOTAL GROSS RECEIPTS** | | $11,445.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Araceli Serrano & Arturo Serrano | Exemptions | 8100-002 | $2,394.38 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,394.38 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 4110-000 | NA | $24,687.11 | $0.00 | $0.00 |
| | City Of Chicago | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | FMC-Omaha | 4110-000 | $27,330.00 | NA | $0.00 | $0.00 |
| | Harris Bank | 4110-000 | $195,302.00 | NA | $0.00 | $0.00 |
| | Harris Bank-Chicago | 4110-000 | $21,801.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $244,433.00 | $24,687.11 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,655.06 | $1,655.06 | $1,655.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.40 | $4.40 | $4.40 |
| Green Bank | 2600-000 | NA | $18.88 | $18.88 | $18.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,678.34 | $1,678.34 | $1,678.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Department of Treasury Internal Revenue Service | 5800-000 | NA | $4,386.18 | $4,386.18 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,386.18 | $4,386.18 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint Nextel Correspondence | 7100-000 | $446.00 | $446.33 | $446.33 | $121.34 |
| 2 | FIA CARD SERVICES, N.A./ MBNA America Bank NA | 7100-900 | $14,531.00 | $14,831.19 | $14,831.19 | $4,032.30 |
| 4 | Quantum3 Group LLC as agent for World Financial Network National Bank | 7100-000 | $1,923.00 | $2,881.44 | $2,881.44 | $783.41 |
| 5a | Department of Treasury Internal Revenue Service | 7100-000 | NA | $1,598.58 | $1,598.58 | $0.00 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $1,775.00 | $2,111.54 | $2,111.54 | $574.09 |
| 7 | Chase Bank USA, N.A. | 7100-900 | $3,544.00 | $4,161.22 | $4,161.22 | $1,131.35 |
| 8 | Prairie Anesthesia LLC | 7100-000 | NA | $454.77 | $454.77 | $123.64 |
| 9 | Quantum3 Group LLC as agent for World Financial Network National Bank | 7100-000 | $2,822.00 | $2,229.46 | $2,229.46 | $606.15 |
| | Artisan & Truckers Casualty Company | 7100-000 | $5,397.50 | NA | NA | $0.00 |
| | AT&T | 7100-000 | $179.43 | NA | NA | $0.00 |
| | Beneficial National Bank | 7100-000 | $2,636.00 | NA | NA | $0.00 |
| | Best Buy | 7100-000 | $5,218.00 | NA | NA | $0.00 |
| | Certified Services | 7100-000 | $455.00 | NA | NA | $0.00 |
| | Chicago Women's Healthcare | 7100-000 | $568.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| ETI Financial Corporation | 7100-000 | $63.32 | NA | NA | $0.00 |
| ETI Financial Corporation | 7100-000 | $621.02 | NA | NA | $0.00 |
| Macy's / DSNB | 7100-000 | $278.00 | NA | NA | $0.00 |
| Northwest Collectors, Inc. | 7100-000 | $93.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $266.00 | NA | NA | $0.00 |
| Sam's Club Discover Card | 7100-000 | $288.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $41,104.27 | $28,714.53 | $28,714.53 | $7,372.28 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-37203-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SERRANO, ARACELI AND SERRANO, ARTURO | Date Filed (f) or Converted (c): | 09/13/2011 (f) |
| For the Period Ending: | 11/28/2012 | §341(a) Meeting Date: | 10/11/2011 |
| | | Claims Bar Date: | 01/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Preference payment | $7,000.00 | $3,500.00 | OA | $3,500.00 | FA |
| Asset Notes: | Debtor paid Father 7k preferance payment; Debtor pay back estate $3500.00 to settle | | | | | |
| 2 | Debtor's primary residence located at 4129 W. 82nd Street, Chicago, IL; Debtor to surrender | $170,000.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account held jointly with daughter | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Money market account | $467.00 | $0.00 | | $0.00 | FA |
| 5 | savings account held at Citibank (Debtor is custodian only) | $690.00 | $0.00 | | $0.00 | FA |
| 6 | Savings account held jointly with daughter | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. household goods | $1,100.00 | $0.00 | | $0.00 | FA |
| 8 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Whole life insurance policy with Northwestern Mutual (no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Retirement account held by LPL Financial | $3,870.22 | $0.00 | | $0.00 | FA |
| 11 | 2010 Ford Escape w/ approx. 8500 miles; good condition | $26,000.00 | $0.00 | | $0.00 | FA |
| 12 | Tax Refund (u) | $0.00 | $7,945.00 | | $7,945.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| $210,527.22 | $11,445.00 | | $11,445.00 | $0.00 |

**Major Activities affecting case closing:**

Collecting funds on Preference payment

Distribution made pursuant to Court order - TDR to be prepared

Supplemental distribution made.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 | DAVID LEIBOWITZ | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

Exhibit 9

Case 11-37203   Doc 36   Filed 11/28/12   Entered 11/28/12 16:10:49   Desc Main
Document   Page 7 of 9

| Case No. | 11-37203-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SERRANO, ARACELI AND SERRANO, ARTURO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2081 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | ******2082 | Account Title: | |
| For Period Beginning: | 9/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/14/2011 | (1) | Araceli Serrano | Preference payment | 1141-000 | $2,000.00 | | $2,000.00 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $1,998.44 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,995.22 |
| 01/03/2012 | (1) | Araceli Serrano | Preference payment. | 1141-000 | $500.00 | | $2,495.22 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.92 | $2,491.30 |
| 02/01/2012 | (1) | Araceli Serrano | Preference Payment | 1141-000 | $500.00 | | $2,991.30 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,986.82 |
| 03/02/2012 | (1) | Araceli Serrano | payment | 1141-000 | $500.00 | | $3,486.82 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.70 | $3,481.12 |
| 04/17/2012 | (12) | United States Treasury | | 1224-000 | $7,945.00 | | $11,426.12 |
| 04/25/2012 | 2001 | Araceli Serrano & Arturo Serrano | Entitled portion of tax refund. | 8100-002 | | $2,394.38 | $9,031.74 |
| 06/26/2012 | 2002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.40 | $9,027.34 |
| 06/26/2012 | 2003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,655.06 | $7,372.28 |
| 06/26/2012 | 2004 | Department of Treasury Internal Revenue Service | Claim #: 5; Amount Claimed: 4,386.18; Amount Allowed: 4,386.18; Distribution Dividend: 100.00; | 5800-000 | | $4,386.18 | $2,986.10 |
| 06/26/2012 | 2005 | Sprint Nextel Correspondence | Claim #: 1; Amount Claimed: 446.33; Amount Allowed: 446.33; Distribution Dividend: 10.40; | 7100-000 | | $46.42 | $2,939.68 |
| 06/26/2012 | 2006 | FIA CARD SERVICES, N.A./ MBNA America | Claim #: 2; Amount Claimed: 14,831.19; Amount Allowed: 14,831.19; Distribution Dividend: 10.40; | 7100-900 | | $1,542.33 | $1,397.35 |
| 06/26/2012 | 2007 | Quantum3 Group LLC as agent for World Financial | Claim #: 4; Amount Claimed: 2,881.44; Amount Allowed: 2,881.44; Distribution Dividend: 10.40; | 7100-000 | | $299.65 | $1,097.70 |
| 06/26/2012 | 2008 | Department of Treasury Internal Revenue Service | Claim #: 5; Amount Claimed: 1,598.58; Amount Allowed: 1,598.58; Distribution Dividend: 10.40; | 7100-000 | | $166.24 | $931.46 |
| 06/26/2012 | 2009 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 2,111.54; Amount Allowed: 2,111.54; Distribution Dividend: 10.40; | 7100-900 | | $219.58 | $711.88 |
| 06/26/2012 | 2010 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 4,161.22; Amount Allowed: 4,161.22; Distribution Dividend: 10.40; | 7100-900 | | $432.74 | $279.14 |
| 06/26/2012 | 2011 | Prairie Anesthesia LLC | Claim #: 8; Amount Claimed: 454.77; Amount Allowed: 454.77; Distribution Dividend: 10.40; | 7100-000 | | $47.29 | $231.85 |
| 06/26/2012 | 2012 | Quantum3 Group LLC as agent for World Financial | Claim #: 9; Amount Claimed: 2,229.46; Amount Allowed: 2,229.46; Distribution Dividend: 10.40; | 7100-000 | | $231.85 | $0.00 |
| 10/01/2012 | 2004 | VOID: Department of Treasury Internal Revenue | | 5800-003 | | ($4,386.18) | $4,386.18 |

**SUBTOTALS**   $11,445.00   $7,058.82

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 11-37203-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | SERRANO, ARACELI AND SERRANO, ARTURO | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******2081 | **Checking Acct #:** ******0301 |
| **Co-Debtor Taxpayer ID #:** | ******2082 | **Account Title:** |
| **For Period Beginning:** | 9/13/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/28/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2012 | 2008 | VOID: Department of Treasury Internal Revenue | | 7100-003 | | ($166.24) | $4,552.42 |
| 10/01/2012 | 2013 | Sprint Nextel Correspondence | Claim #: 1; Amount Claimed: 446.33; Amount Allowed: 446.33; Distribution Dividend: 27.19; | 7100-000 | | $74.92 | $4,477.50 |
| 10/01/2012 | 2014 | Quantum3 Group LLC as agent for World Financial | Claim #: 4; Amount Claimed: 2,881.44; Amount Allowed: 2,881.44; Distribution Dividend: 27.19; | 7100-000 | | $483.76 | $3,993.74 |
| 10/01/2012 | 2015 | Prairie Anesthesia LLC | Claim #: 8; Amount Claimed: 454.77; Amount Allowed: 454.77; Distribution Dividend: 27.19; | 7100-000 | | $76.35 | $3,917.39 |
| 10/01/2012 | 2016 | Quantum3 Group LLC as agent for World Financial | Claim #: 9; Amount Claimed: 2,229.46; Amount Allowed: 2,229.46; Distribution Dividend: 27.19; | 7100-000 | | $374.30 | $3,543.09 |
| 10/01/2012 | 2017 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 2,111.54; Amount Allowed: 2,111.54; Distribution Dividend: 27.19; | 7100-900 | | $354.51 | $3,188.58 |
| 10/01/2012 | 2018 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 4,161.22; Amount Allowed: 4,161.22; Distribution Dividend: 27.19; | 7100-900 | | $698.61 | $2,489.97 |
| 10/01/2012 | 2019 | FIA CARD SERVICES, N.A./ MBNA America | Claim #: 2; Amount Claimed: 14,831.19; Amount Allowed: 14,831.19; Distribution Dividend: 27.19; | 7100-900 | | $2,489.97 | $0.00 |
| | | | **TOTALS:** | | $11,445.00 | $11,445.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,445.00 | $11,445.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,394.38 | |
| | | | **Net** | | $11,445.00 | $9,050.62 | |

| For the period of 9/13/2011 to 11/28/2012 | | For the entire history of the account between 11/14/2011 to 11/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,445.00 | Total Compensable Receipts: | $11,445.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,445.00 | Total Comp/Non Comp Receipts: | $11,445.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,050.62 | Total Compensable Disbursements: | $9,050.62 |
| Total Non-Compensable Disbursements: | $2,394.38 | Total Non-Compensable Disbursements: | $2,394.38 |
| Total Comp/Non Comp Disbursements: | $11,445.00 | Total Comp/Non Comp Disbursements: | $11,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-37203-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | SERRANO, ARACELI AND SERRANO, ARTURO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2081 | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | ******2082 | | Account Title: | |
| For Period Beginning: | 9/13/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,445.00 | $11,445.00 | $0.00 |

| For the period of 9/13/2011 to 11/28/2012 | | For the entire history of the case between 09/13/2011 to 11/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,445.00 | Total Compensable Receipts: | $11,445.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,445.00 | Total Comp/Non Comp Receipts: | $11,445.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,050.62 | Total Compensable Disbursements: | $9,050.62 |
| Total Non-Compensable Disbursements: | $2,394.38 | Total Non-Compensable Disbursements: | $2,394.38 |
| Total Comp/Non Comp Disbursements: | $11,445.00 | Total Comp/Non Comp Disbursements: | $11,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ